IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>$30,790 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | NO. C05-3646 TEH<br><br><u>ORDER TO SHOW CAUSE AND ORDER EXTENDING BRIEFING SCHEDULE</u> |

　　　This matter comes before the Court on Claimant Rosa Verdugo's motion for relief from default and Plaintiff United States of America's motion for a default judgment, both scheduled for hearing on March 6, 2006. Claimant's reply to her motion for relief from default was due on January 17, 2006. However, Claimant failed to file a timely reply. On January 10, 2006, this Court ordered that Claimant's opposition to the motion for a default judgment be filed on or before February 6, 2006. However, Claimant also failed to file a timely opposition.

　　　On February 7, 2006, the Court's deputy clerk called Claimant's counsel and left a voice-mail message to inquire about Claimant's opposition papers. On February 8, 2006, Claimant's counsel, Ms. Eileen Burke, left a voice-mail message for the deputy clerk,

1  informing the Court that she was not aware of any opposition that she needed to file on
2  behalf of her client. That same day, the deputy clerk returned Ms. Burke's call and left a
3  voice-mail message informing Ms. Burke that the due date for the opposition came from this
4  Court's January 10, 2006 order and to call if she needed any further clarification. Ms. Burke
5  did not return the deputy clerk's message. On February 13, 2006, the deputy clerk left
6  another voice-mail message for Ms. Burke to see if Ms. Burke had received her message
7  from February 8 , 2006. Ms. Burke called the deputy clerk later in the day and explained that
8  a colleague was drafting the opposition when the colleague's computer crashed. Ms. Burke
9  provided no explanation as to why she had failed to return the deputy clerk's previous voice-
10 mail message or file a timely opposition. The deputy clerk informed Ms. Burke that she had
11 until February 14, 2006, at noon, to file the opposition with the Court. Ms. Burke
12 accordingly filed an opposition to the motion for a default judgment on February 13, 2006, at
13 9:30 PM, one week after the opposition was due.[1]

14  It is unacceptable for Claimant's counsel simply to have let the deadline for filing an
15 opposition pass. If counsel needed more time, the appropriate course of conduct would have
16 been to seek approval from the Court for an extension of time. Accordingly, IT IS HEREBY
17 ORDERED that Claimant's counsel shall show cause on **Monday, March 6, 2006, at
18 10:00 AM,** as to why this Court should not sanction her for failing to comply with this
19 Court's January 6, 2006 order. If counsel wishes to file a written response to this order to
20 show cause, she must do so on or before **Friday, February 24, 2006.**

21  In addition, because Claimant did not file an opposition to Plaintiff's motion for a
22 default judgment until February 13, 2006 (after Plaintiff timely filed its reply), Plaintiff was
23 unable to address issues raised in Claimant's opposition when it filed its reply. Accordingly,
24 IT IS FURTHER ORDERED that Plaintiff may file a supplemental reply to its motion for a

---

[1] Claimant labeled her opposition as both a reply in support of her motion for relief from default and an opposition to Plaintiff's motion for a default judgment. While a reply is optional, it was due on or before January 17, 2006. Accordingly, Claimant's reply was twenty-seven days late.

2

default judgment on or before **Wednesday, February 22, 2006.** The hearings for both motions shall be held as scheduled on **March 6, 2006, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated:  02/14/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT