IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$30,790 IN UNITED STATES CURRENCY,

    Defendant.

NO. C05-3646 TEH

ORDER VACATING FEBRUARY 14, 2006 ORDER TO SHOW CAUSE

    This matter comes before the Court on Claimant Rosa Verdugo's motion for relief from default and Plaintiff United States of America's motion for a default judgment. The Court denied the motion for relief from default and granted the default judgment on April 5, 2006.

    Claimant's counsel, Eileen Burke ("Burke"), failed to comply with this Court's January 6, 2006 order, and timely file an opposition to the Plaintiff's motion for a default judgment. The Court issued an order to show cause on February 14, 2006, as to why this Court should not sanction Burke for failing to comply with the January 6, 2006 order. Even though Burke's conduct is not excused for failing to timely file an opposition or seek an extension of time from the Court, the Court does not find sanctions to be appropriate in this instance. Accordingly, IT IS HEREBY ORDERED that the February 14, 2006 order to show cause is VACATED.

**IT IS SO ORDERED.**

Dated: 04/05/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT