IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>$30,790 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | NO. C05-3646 TEH<br><br>ORDER SETTING BRIEFING SCHEDULE |

This matter comes before the Court on Claimant Rosa Verdugo's ex parte request to entertain a motion for relief from default. This matter is currently on appeal before the United States Court of Appeals for the Ninth Circuit, thus divesting this Court of jurisdiction. However, Verdugo asserts that this Court may indicate its wish to entertain a motion for relief brought under Federal Rule of Civil Procedure 60(b) and, if the Court does wish to entertain such a motion, Verdugo may then request a remand from the Ninth Circuit.

Because Verdugo's request does not appear frivolous on its face, the Court hereby orders that the United States shall file a response to Verdugo's request on or before **Monday, September 25, 2006,** and Verdugo may file a reply on or before **Monday, October 2, 2006.** The matter shall then be deemed submitted on the papers unless this Court otherwise orders oral argument. In their briefs, the parties shall address the appropriate analysis this Court should undertake in deciding whether to grant what appears to be an extraordinary request to entertain a Rule 60(b) motion during the pendency of an appeal.

**IT IS SO ORDERED.**

Dated: 09/15/06

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT