KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$30,790 IN UNITED STATES CURRENCY,<br><br>        Defendant. | No. 05-3646 TEH<br><br>STIPULATION AND ORDER |

The parties agree, subject to the Court' approval, that government counsel may have two additional days, to and including September 27, 2006, to file its response to the putative claimant (Verdugo)'s "*Ex Parte* Request to Entertain or Grant Motion for Relief from Default" filed September 13, 2006, and to extend by the same amount of time the date for the putative claimant's reply. Unless time is extended, the government's response is due on September 25, 2006, and the putative claimant's reply is due on October 2, 2006. *See* Order Setting Briefing Schedule, filed September 15, 2006. If the Court grants the extension, the government's brief

1  will be due September 27 and the putative claimant's reply will be due on October 4. The reason
2  for the request is due to the press of other court deadlines after returning from a 10 day vacation
3  and having had to be absent again on several days because of various medical procedures.

5  IT IS SO STIPULATED:

7  Dated: September 25, 2006

                                            THERESA A. GIBBONS
                                            Attorney for Putative Claimant
                                            Rosa Verdugo

                                            KEVIN V. RYAN
                                            United States Attorney

11 Dated: September 25, 2006

                                            PATRICIA J. KENNEY
                                            Assistant United States Attorney

14 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___
15 DAY OF _____, 2006.

                                            HONORABLE THELTON E. HENDERSON
                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Thelton E. Henderson — 09/26/06]*

Stipulation and Order
No. 05-03646 TEH                              2