IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

$30,790 IN UNITED STATES CURRENCY,

          Defendant.

NO. C05-3646 TEH

ORDER GRANTING REQUEST TO ENTERTAIN MOTION FOR RELIEF FROM DEFAULT

On April 5, 2006, this Court entered default judgment in favor of Plaintiff United States of America after rejecting Claimant Rosa Verdugo's motion for relief from entry of default. Verdugo's appeal of the default judgment is currently pending before the United States Court of Appeals for the Ninth Circuit.

Verdugo now asks this Court to entertain or grant a motion for relief from default pursuant to Federal Rule of Civil Procedure 60(b). Verdugo seeks to argue that her former counsel, Eileen Burke, was grossly negligent and that relief from default is therefore appropriate under *Community Dental Services v. Tani*, 282 F.3d 1164 (9th Cir. 2002). Although this Court no longer has jurisdiction over this case because it is pending on appeal, the Ninth Circuit has advised that a party seeking Rule 60(b) relief should first ask the district court if it wishes to entertain or grant the motion and then, if appropriate, move for remand before the Court of Appeals. *Scott v. Younger*, 739 F.2d 1464, 1466 (9th Cir. 1984).

Upon careful consideration of the parties' papers, this Court finds it appropriate to entertain Verdugo's motion. In so finding, the Court makes no determination about the merits of Verdugo's intended argument, and the Court may well ultimately deny Verdugo's request for relief from default. Nonetheless, the Court believes it would be in the interests of judicial economy to entertain the motion because if Verdugo does have adequate grounds for

1

relief, her current appeal need not be decided; if, on the other hand, this Court denies Verdugo's motion, the Ninth Circuit would be able to hear all of Verdugo's arguments against entry of default judgment at the same time. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

    1. Verdugo's request to entertain motion for relief from default is GRANTED, subject to the Ninth Circuit's remand of this case.

    2. Verdugo's request to grant motion for relief from default is DENIED without prejudice.

    3. If the Ninth Circuit remands this case, then the parties shall meet and confer and, within ten calendar days of the date on which jurisdiction is returned to this Court, shall file a stipulation and proposed order regarding a briefing and hearing schedule on Verdugo's motion for relief from default.

**IT IS SO ORDERED.**

Dated:   10/27/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT