THERESA A. GIBBONS, ESQ. State Bar No. 191633
523 Octavia Street
San Francisco, CA  94102
(415) 431-3472
Oakland: (510) 437-9650
FAX: 415-358-4322

Attorney for Claimant-Appellant
ROSA VERDUGO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff-Appellee, ) <br>    vs. ) <br> ) <br> ROSA VERDUGO, ) <br> ) <br>         Claimant - Appellant, ) <br> ) <br> 30,790.00 IN U.S. CURRENCY, ) <br> ) <br>         Defendant. ) <br> ) | Dist. Ct. No. 05-cv-03646 TEH <br> (Court of Appeal No. 06-15909) <br><br> **STIPULATION AND** <br> ~~[PROPOSED]~~ **ORDER** <br> **SETTING BRIEFING AND** <br> **HEARING SCHEDULE** |

    Claimant-Appellant's Rosa Verdugo's motion in the United States Court of Appeals for the Ninth Circuit requesting a remand of this matter to the district court for the limited purpose of hearing appellant's Federal Rule of Civil Procedure 60(b) motion having been granted, the parties hereby stipulate to the following briefing and hearing schedule:

    Deposition of Claimant-Appellant Rosa Verdugo: March 8, 2007, 1:00 PM

    Deposition of Claimant-Appellant's former attorney Eileen Burke: To be determined

    Filing of Appellant's Rule 60(b) Motion: April 2, 2007

    Filing of Plaintiff-Appellee United States' Opposition: April 16, 2007

Stipulation and Order:
Briefing/Hearing Schedule                             1

    Filing of Appellant's Reply: April 23, 2007

    Hearing of Motion: Monday, May 7, 2007, 10:00 A.M.

**IT IS SO STIPULATED:**

Date: <u>January 26, 2007</u>             /s/
                                       PATRICIA J. KENNEY
                                       Assistant United States Attorney

Date: <u>January 26, 2007</u>             /s/
                                       THERESA A. GIBBONS
                                       Attorney for Claimant-Appellant Verdugo

**IT IS SO ORDERED:**

Date: <u>1/29/07</u>

_____
THE HONORABLE THELTON E. HENDERSON
Judge of the United States District Court