1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857

7 | Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-3646 TEH |
| Plaintiff, | STIPULATION AND ORDER RE: SCHEDULING |
| v. | |
| $30,790 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The United States and Rosa Verdugo, subject to the Court's approval, agree to extend the briefing schedule for the submission of Verdugo's Rule 60(b) motion by two weeks, so that her motion is due on or before April 16, the opposition of the United States is due on April 30 and the reply of Verdugo is due on May 7 and the hearing on the motion will occur on May 21, 2007. Unless time is extended, all scheduled dates are currently two weeks earlier. *See* Stipulation and Order filed on

///

1 | The reason for the extension is primarily so that the United States and Verdugo can explore the possibility of resolving this case without further litigation.

IT IS SO STIPULATED:                SCOTT N. SCHOOLS
                                    UNITED STATES ATTORNEY

Date: March 28, 2007                _____
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney

Date: March 28, 2007                _____
                                    THERESA A. GIBBONS
                                    Attorney for
                                    Putative Claimant-Appellant Rosa Verdugo

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___ DAY OF _____, 2007.

HONORABLE THELTON E. HENDERSON
Judge of the United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson — 03/29/07]

Stip and Order Re: Scheduling
No. 05-03646 TEH                    2