```
1  THERESA A. GIBBONS, ESQ. State Bar No. 191633
   523 Octavia Street
2  San Francisco, CA 94102
   Telephone: (415) 431-3472
3  Oakland Office: (510) 437-9650
   Facsimile: (415) 358-4322
4
   Attorney for Claimant-Appellant
5  ROSA VERDUGO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-cv-03646 TEH |
| ) | |
| Plaintiff-Appellee, ) | **STIPULATION AND** |
| vs. ) | ~~(PROPOSED)~~ **ORDER** |
| ) | **RE: SCHEDULING** |
| ROSA VERDUGO, ) | |
| ) | |
| Claimant - Appellant, ) | |
| ) | |
| $30,790.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

The United States and Rosa Verdugo, subject to the Court's approval, agree to extend the briefing schedule for Ms. Verdugo's opening brief an additional two weeks, so that it is due on or before April 30, 2007. That brief is currently scheduled to be filed on Monday, April 16, 2007.

If the Court approves this stipulation, the opposition of the United States will be due on May 14, 2007, the reply, if any, on May 21, and the hearing on the motion will occur on June 4, 2007. All scheduled dates are currently calendared two weeks earlier.

The reason for this stipulation is that the United States and Ms. Verdugo are exploring the

1

possibility of resolving this matter without further litigation, and have made significant progress in that regard over the past two weeks since the Court granted the parties' first request for a continuance.

**IT IS SO STIPULATED:**

April 12, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

April 11, 2007

THERESA A. GIBBONS
Attorney for Claimant-Appellant
ROSA VERDUGO

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 16th DAY OF APRIL, 2007:**

THE HONORABLE THELTON E. HENDERSON
of the United States District Court

Judge Thelton E. Henderson